UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANTHONY K. MONK,

                Plaintiff,                Case No. 1:08cv903

v.                                            Hon. Robert J. Jonker

L. PAUL BAILEY, et al.,

                Defendants.
                               /

## ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on October 28, 2010. The Court extended Plaintiff's time to object to November 26, 2010. The extended deadline has expired, but no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 28, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (docket #33) is **GRANTED**. This matter is dismissed in its entirety.


Dated:    December 1, 2010          /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE